1

Scott Shumaker
Attorney at Law, SBN 166879
1007 7th Street, Suite 306
Sacramento, CA 95814
Ph: (916) 441-2199
Fax: (916) 441-3299
Attorney for Debtor.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re:                                          Case No.  18-27727-B-13J

    JOHN MEHL,                              Chapter 13

    Debtor.                                 DCN:            AP-1

|  |  |
|---|---|
| Hearing Date: | January 22, 2019 |
| Hearing Time: | 1:00 p.m. |
| Dept: | B |
| Courtroom: | 32 |
| Judge: | Jaime |
| Location: | 501 I Street, 6th Floor |
|  | Sacramento, CA 95814 |

_____/

## DECLARATION OF SCOTT SHUMAKER, ESQ IN SUPPORT OF HIS OPPOSITION TO MOTION FOR RELIEF FROM STAY

I, Scott Shumaker, declare,

I am the attorney for debtor in the above-referenced Bankruptcy.  I make this Declaration on his behalf based upon facts personally known to me.

Accompanying this Opposition as Exhibit J is a true and correct copy of correspondence I received directly from Wells Fargo suggesting that Debtor submit another application for a foreclosure alternative

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 8, 2019                    /s/ Scott Shumaker_____
                                          Scott Shumaker
                                          Attorney for Debtor