**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                        ) Case No. 18-27727 - B - 13
John Glen Mehl,              ) Docket Control No. AP-1
              Debtor.        ) Document No. 17
                             ) Date: 01/22/2019
                             ) Time: 1:00 PM
                             ) DEPT: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the ruling in the minutes.

**Dated:** Jan 25, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

[17] - Motion for Relief from Automatic Stay [AP-1] Filed by Creditor WELLS FARGO BANK, N.A. (Fee Paid $181) (eFilingID: 6415699) (mgrs)