2
Scott Shumaker
Attorney at Law, SBN 166879
1007 7th Street, Suite 306
Sacramento, CA 95814
Ph: (916) 441-2199
Fax: (916) 441-3299

Attorney for Debtor.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:                                    Case No.  18-27727-B-13J

    JOHN MEHL,                        Chapter 13

    Debtor.                           DCN:            SS-5

|  |  |
|---|---|
| Hearing Date: | February 12, 2019 |
| Hearing Time: | 1:00 p.m. |
| Dept: | B |
| Courtroom: | 32 |
| Judge: | Jaime |
| Location: | 501 I Street, 6th Floor |
|  | Sacramento, CA 95814 |

_____/

## ORDER ON SUBSTITUTION OF ATTORNEY

    This matter came on regularly for hearing at the above date and time.  Having reviewed the Motion of

Attorney Scott Shumaker to be relieved as Counsel, any relevant documents in the Court file, no opposition

having been submitted, oral argument presented (if any), and good cause appearing thereon, the Court

GRANTS the Motion.

    Attorney Scott Shumaker is hereby relieved as Counsel.  Debtor John Mehl is substituted in *pro se* and

shall represent himself until further notice.  Debtor's information is as follows:

    John Mehl
    3104 Crest Haven Dr.
    Sacramento, CA 95821
    Ph: (916) 224-3334

RECEIVED
February 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006446196

Movant shall mail Debtor's original file to the above address within seven (7) days of the hearing on this Motion.

IT IS SO ORDERED

**Dated:** February 14, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court